**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-1175**

_____

C. HOLMES, a/k/a C. Holmes, a/k/a Cynthia Holmes, a/k/a Cynthia Collie Holmes, M.D.,

            Plaintiff - Appellant,

        v.

ANNE MILGRAM, Administrator of DEA,

            Defendant - Appellee.

_____

**No. 24-1231**

_____

C. HOLMES, a/k/a C. Holmes, a/k/a Cynthia Holmes, a/k/a Cynthia Collie Holmes, M.D.,

            Plaintiff - Appellant,

        v.

ANNE MILGRAM, Administrator of DEA,

            Defendant - Appellee.

_____

Appeals from the United States District Court for the District of South Carolina, at Charleston.  Bruce H. Hendricks, District Judge.  (2:22-cv-03758-BHH-MHC)

_____

Submitted:  March 11, 2025                    Decided:  March 13, 2025

Before NIEMEYER, RICHARDSON, and BENJAMIN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

C. Holmes, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

C. Holmes appeals the district court's orders dismissing her civil complaint and denying her motions for the recusal of the district court judge, for a hearing, for a stay pending appeal, and to amend her amended complaint. We have reviewed the record and find no reversible error. Accordingly, we deny Holmes' motion for abeyance and affirm the district court's orders. *Holmes v. Milgram*, No. 2:22-cv-03758-BHH-MHC (D.S.C. Feb. 9, 2024; Feb. 27, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*